HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JESSE GESSIN (Bar No. 263889)
(E-Mail: Jesse_Gessin@fd.org )
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
KAREN KARAPETYAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAREN KARAPETYAN, <br><br> Defendant. | Case No. SA 16-545-M <br><br> ORDER |

IT IS HEREBY ORDERED that a hearing on the defendant's motion shall be held on December 21, 2016 at 2:00 p.m. before Judge McCormick in Courtroom 6B.

DATE:  December 12, 2016

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

Proposed by: Jesse Gessin, DFPD

cc: PSA, USM-SA